Case 2:19-cv-00016   Document 21   Filed on 07/23/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JARVIS DUGAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-16 |
| | § | |
| THE STATE OF TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT AND MOTION OF INJUNCTION

Plaintiff Jarvis Dugas, an inmate presently assigned to the Jester IV Unit in Richmond, Texas, has filed this *pro se* civil rights action. Pending before the Court are Plaintiff's Motion for Relief from Judgment (D.E. 14) and "Motion of Injunction" (D.E. 18).

In seeking relief from judgment,[1] Plaintiff inquires as to the status of his claims and mistakenly assumes that his claims have been dismissed by the Court. On July 11, 2019, the undersigned issued a Memorandum and Recommendation (M&R) to dismiss certain claims and to retain case. The facts giving rise to Plaintiff's claims retained in this case arise in connection with his previous assignment to the McConnell Unit in Beeville, Texas. As no final judgment has been entered with respect to Plaintiff's claims, IT IS RESPECTFULLY RECOMMENDED that Plaintiff's Motion for Relief from Judgment (D.E. 14) be DENIED as moot.

---

[1] In this motion, Plaintiff also complains about the undersigned's rulings in Case No. 2:17-CV-48. To the extent that Plaintiff seeks relief in 2:17-CV-48, he must file appropriate motions in that case.

Plaintiff further seeks an injunction, complaining that the undersigned has refused to process his claims in this case. However, as noted above, the undersigned issued an M&R addressing Plaintiff's claims at the screening stage. As Plaintiff is not entitled to any injunctive relief pursuant to his motion, IT IS RESPECTFULLY RECOMMENDED that Plaintiff's "Motion of Injunction" (D.E. 18) be DENIED.

Respectfully submitted this 23rd day of July, 2019.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).