Case 2:19-cv-00016 Document 75 Filed on 05/07/20 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JARVIS DUGAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:19-CV-16 |
| § | |
| THE STATE OF TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R") to Deny Plaintiff's Motion for Default Judgment, Dkt. Nos. 56, 58. The Court is also in receipt of Plaintiff Jarvis Dugas ("Dugas") Objections to the M&R, Dkt. No. 64.

The Magistrate Judge recommends denying Dugas' motion for default judgment against "Steven Ekearel." Dkt. No. 58 at 3. "Steven Ekearel" was a misidentified Defendant who was properly identified as Officer Steven Eckert ("Eckert"). *Id.* The misidentification was brought to the Court's attention on August 26, 2019; service was ordered on Eckert on October 11, 2019; and Eckert answered on October 16, 2019. *Id.* at 2.

Accordingly, the Magistrate Judge recommends concluding that Dugas is not entitled to default judgment as an answer was filed in a timely fashion. *Id.* at 3. Dugas's objections relate to the merits of the case and not to the denial of default judgment. Dkt. No. 64.

After independently reviewing the record, filings, and applicable law the Court **ADOPTS** the M&R in its entirety, Dkt. Nos. 56, 58, and **OVERRULES**

Dugas's objections, Dkt. No. 64. The Court **DENIES** Dugas's motion for default judgment, Dkt. No. 54

SIGNED this 7th day of May, 2020.

_____
Hilda Tagle
Senior United States District Judge