United States District Court
Southern District of Texas
**ENTERED**
June 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JARVIS DUGAS, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 2:19-CV-16 |
| THE STATE OF TEXAS, *et al*, | § |
| Defendants. | § |

# ORDER

On this day came to be considered Defendants' Motion to Seal Motion for Summary Judgment (D.E. 81). The Court is of the opinion that said Motion should be **GRANTED.**

**IT IS ORDERED** that Defendants' Motion for Summary Judgment and attached exhibits (D.E. 82) be sealed by the Clerk of the Court.

ORDERED this 5th day of June, 2020.

_____
Julie K. Hampton
United States Magistrate Judge